UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BAYONE REAL ESTATE INVESTMENT CORPORATION, et al.,<br><br>Defendants. | Case No. 15-cv-02248-BLF<br><br>**ORDER TO SHOW CAUSE RE: STRIKING THIRD-PARTY DEFENDANT SARAH HUANG'S MOTION TO DISMISS**<br><br>[Re: ECF 23] |

To Third-Party Defendant Sarah Huang's attorney of record, Kent Pearce Tierney, you are hereby ORDERED to SHOW CAUSE, if any, why Third-Party Defendant Sarah Huang's motion to dismiss should not be stricken for practicing law without being a member of the bar of this Court. On March 9, 2010, Mr. Tierney was removed from the roll of attorneys authorized to practice before this Court. *See In The Matter Of: Kent Pearce Tierney*, 10-MC-80008-VRW, at 2 (Mar. 9, 2010). The removal order indicated that Mr. Tierney must petition for reinstatement before being authorized to practice before this Court. *Id.* The Northern District of California's Civil Local Rules also detail the procedure for seeking reinstatement. *See* Civil L.R. 11-7(b)(3) ("[An inactive attorney] may seek reinstatement by filing a petition for admission with the Clerk as provided in Civil L.R. 11-1(c) and paying the admission fee in accordance with 11-1(d)."). In August 2015, after appearing in another action in this district, Mr. Tierney was also notified of his inactive status and this district's requirement that Mr. Tierney petition for readmission. *Lemoine v. State Farm Gen. Ins. Co.*, 15-cv-02941-WHO. According to the Court's records, Mr. Tierney has not filed a petition for readmission.

Despite not being admitted to practice before this Court, Mr. Tierney has taken an active

1  role in this case:  Mr. Tierney is listed as Ms. Huang's attorney of record, Mr. Tierney's name
2  appears on the caption page to Ms. Huang's motion to dismiss, and Ms. Huang's motion to
3  dismiss was e-filed using Mr. Tierney's attorney e-file account.
4       Accordingly, Kent Pearce Tierney is hereby ORDERED TO SHOW CAUSE why Third-
5  Party Defendant Sarah Huang's motion to dismiss should not be stricken for practicing law
6  without being a member of the bar of this Court.  Mr. Tierney shall submit a written response **on**
7  **or before** Nov. 16, 2015.  A failure to respond may result in this matter being referred to the
8  Standing Committee on Professional Conduct.
9  **IT IS SO ORDERED.**
10 Dated: October 15, 2015

_____
BETH LABSON FREEMAN
United States District Judge