℅AO 154 (10-03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

Federal Deposit Insurance Corporation
        Plaintiff (s),

V.

Bayone Real Estate Investment Corp., et al.
        Defendant (s).

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 5:15-CV-02248-BLF

Notice is hereby given that, subject to approval by the court, __Bayone Real Estate and Jinsong Guo__ substitutes
(Party (s) Name)

__James R. Cracolice, Esq.__, State Bar No. __176943__ as counsel of record in
(Name of New Attorney)

place of __Yung-Ming Chou, Esq.__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: CRACOLICE & ASSOCIATES
Address: 1999 South Bascom Avenue, Suite 700, Campbell, CA 95008
Telephone: (408) 885-1900     Facsimile (866) 459-2784
E-Mail (Optional): jrc@cracolice.com

I consent to the above substitution.
Date: 10/30/2015
        (Signature of Party (s))

I consent to being substituted.
Date: 10/30/2015
        (Signature of Former Attorney (s))

I consent to the above substitution.
Date: ~~10/30/2015~~ 11/6/2015
        (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: November 10, 2015
        Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]