UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BAYONE REAL ESTATE INVESTMENT CORPORATION, et al.,<br><br>Defendants. | Case No. 5:15-cv-02248-BLF<br><br>**CASE MANAGEMENT ORDER** |

On 11/19/2015, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Opening Expert Designation | 01/06/2017 |
| Rebuttal Expert Designation | 02/20/2017 |
| Last Day to Disclose Experts | n/a |
| Fact Discovery Cut-Off | 02/13/2017 |
| Expert Discovery Cut-Off | 03/13/2017 |
| Last Day to Hear Dispositive Motions | 05/25/2017 at 9:00 AM |
| Final Pretrial Conference | 08/10/2017 at 1:30 PM |
| Trial | 08/28/2017 at 9:00 AM |

IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery are referred to the assigned Magistrate Judge.

IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing orders, which are available on the Court's website and in the Clerk's Office.

IT IS FURTHER ORDERED THAT the parties are to submit a stipulated proposed schedule regarding dates and deadlines to trial.

Dated: 11/19/2015

BETH LABSON FREEMAN
United States District Judge